In the Matter of the Application of MEYER ROSENSTOCK, Appellant, for a Mandamus Order against LEWIS J. VALENTINE, Police Commissioner of the Police Department of the City of New York, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ANNIE SCHWARTZ, Respondent, v. JOSEPH M. SCHWARTZ, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

CLENDENIN J. RYAN, JR., Respondent, v. MARIE WURMBRAND-STUPPACH RYAN, by ROSE ROTHENBERG, Her Guardian ad Litem, Appellant.— Order affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THE AMERICAN MISSIONARY ASSOCIATION, Appellant, v. AMELIA WITKIN and Others, Defendants, Impleaded with ISIDOR BRAVERMAN, Respondent.— Order so far as appealed from reversed, with twenty dollars costs and disbursements. (See *New York Life Insurance Co.* v. *Fulton Development Corp.*, 265 N. Y. 348.) Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of NATHAN DEUTSCHMAN, Respondent, for an Order of Mandamus against JAMES E. FINEGAN, President, and Others, Commissioners, Constituting the Municipal Civil Service Commission of the City of New York, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

In the Matter of the Application of FRANCIS X. MURRAY, Respondent, for an Order of Mandamus against JAMES E. FINEGAN, President, and Others, Commissioners, Constituting the Municipal Civil Service Commission of the City of New York, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

In the Matter of JUDSON D. CAMPBELL, an Attorney.— Reference ordered. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.

In the Matter of VICTOR E. GARTZ, an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of VICTOR E. GARTZ, an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

GEORGE A. GLENDON v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

BESSIE DI LAPI v. GIUSEPPE CIRALDO. FANNIE HOROVITZ v. A. J. OISHEI HOSCHEK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

HARRY BALDWIN v. PARK INN BATHS, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

COMPANIA DE INVERSIONES INTERNACIONALES v. INDUSTRIAL MORTGAGE BANK OF FINLAND (SUOMEN TEOLLISUUS HYPOTEEKKIPANKI O. Y. INDUSTRI HYPO-TEKSBANKEN I FINLAND, A. B.).— Motion for leave to appeal to the Court of